By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey

| | | |
|---|---|---|
| In re: Tamara Arteal Murray, | Case No.: | 26-18242-EJO |
| *Debtor*. | Adv. No.: | 26-01342-EJO |
| Tamara Arteal Murray, | Chapter: | 13 |
| *Plaintiff*, | Judge: | O'Hagan |
| v. | | |
| Santander Consumer USA Inc., | | |
| *Defendant*. | | |

**Certification of Tamara Arteal Murray in Support of
Plaintiff's Application for an Order to Show Cause with Temporary Restraints**

I, Tamara Arteal Murray, certify as follows:

1.     I am the Plaintiff in this adversary proceeding and the debtor in the underlying chapter 13 case. I make this certification in support of my application for an order to show cause with temporary restraints. I have personal knowledge of the facts stated below.

2.     I filed my chapter 13 petition on July 20, 2026, commencing Case No. 26-18242-EJO.

3.      On or about May 1, 2021, I purchased a 2018 Mercedes-Benz C-Class, VIN WDDWF4KBXJR387884 (the "Vehicle"), under a retail installment contract that was assigned to Santander Consumer USA Inc. (the "Creditor"). I remain indebted under the contract.

4.      On or about June 25, 2026, the Creditor repossessed the Vehicle. My personal belongings, including an Apple AirTag tracking device, were inside the Vehicle when it was repossessed and remain inside it.

5.      The AirTag is mine and is registered to my Apple ID. Since the repossession, I have observed the Vehicle's approximate location through the Find My application on my own iPhone, which displays the AirTag's reported location.

6.      After the repossession, the AirTag showed the Vehicle at a location in Camden, New Jersey, approximately 18 miles from my home, that I understand to be International Recovery Systems.

7.      The Vehicle is insured through GEICO through August 19, 2026, and I will renew the insurance at that time.

8.      I am currently unemployed. The Vehicle is my only means of transportation, and I need it to search for and obtain employment and to fulfill my other routine obligations and errands.

9.      At 2:42 p.m. on July 21, 2026, my attorney and I called the Creditor together. I requested redemption of the Vehicle and demanded its turnover under the Bankruptcy Code. The Creditor agreed to release the Vehicle to me and stated that it would contact me within three to five days with instructions on how to retrieve it. That call ended at 3:06 p.m.

10.     The AirTag showed the Vehicle still in Camden, New Jersey as late as 3:28 p.m. that day, after our call had ended.

11.     The AirTag last reported a location for the Vehicle on July 22, 2026, in Camden, New Jersey. Since then, the Find My application has shown no current location for the Vehicle. As of the date of this certification, I do not know where my car is.

12.     The Vehicle has not been returned to me, and my personal belongings remain inside it.

13.     Without the Vehicle, I cannot effectively search for work, and I have had to pay for other transportation.

14.     I cannot afford to purchase a replacement vehicle, and because I am unemployed and in bankruptcy, I do not believe I could obtain financing for one. A judgment for money entered months from now would not give me transportation during the time I need it to find work and fund my chapter 13 plan.

15.     If the Vehicle is sold at auction, I will permanently lose the right to redeem it and to keep it through my chapter 13 plan. I will also lose a vehicle whose condition and maintenance history I know, along with the personal belongings inside it. A replacement vehicle of unknown condition would not be its equivalent, even if I could pay for one.

I certify under penalty of perjury that the above statements are true and correct to the best of my knowledge, information, and belief.


Date: July 23, 2026                    /s/ Tamara Arteal Murray
                                       Tamara Arteal Murray

3