By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Plaintiff*

**Order Filed on July 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# United States Bankruptcy Court
## District of New Jersey

| | |
|---|---|
| In re: Tamara Arteal Murray, | Case No.: 26-18242-EJO |
| *Debtor.* | Adv. No.: 26-01342-EJO |
| Tamara Arteal Murray, | Chapter: 13 |
| *Plaintiff,* | Judge: Eamonn J. O'Hagan |
| v. | |
| Santander Consumer USA Inc., | |
| *Defendant.* | |

**Order to Show Cause Why a Preliminary Injunction Should Not Issue Compelling Santander Consumer USA Inc. to Turn Over the Plaintiff's 2018 Mercedes-Benz C-Class, VIN WDDWF4KBXJR387884, with Temporary Restraints Prohibiting its Sale, Transfer, or Movement Pending the Hearing**

The relief set forth on the following pages numbered (2) through (3) is hereby

**ORDERED.**

**DATED: July 24, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

**Order to Show Cause Why a Preliminary Injunction Should Not Issue Compelling Santander Consumer USA Inc. to Turn Over the Plaintiff's 2018 Mercedes-Benz C-Class, VIN WDDWF4KBXJR387884, with Temporary Restraints Prohibiting its Sale, Transfer, or Movement Pending the Hearing (continued)**

**THIS MATTER** having been opened to the Court by Michael I. Assad, attorney for Plaintiff Tamara Arteal Murray, on an application for an order to show cause with temporary restraints under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7065; and the Court having considered the Verified Complaint and the Certification of Tamara Arteal Murray; and it appearing that immediate and irreparable injury may result to the Plaintiff and the estate before Defendant Santander Consumer USA Inc. (the "Creditor") can be heard in opposition; and for good cause shown; it is hereby **ORDERED** that:

1.      The Creditor shall appear before this Court on _____August 6___, 2026, at ___11:00 a.m.___, in Courtroom #2, United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street Trenton, NJ 08608, to show cause why a preliminary injunction should not issue pending final judgment in this adversary proceeding (a) restraining the sale, transfer, titling, encumbrance, or movement of the 2018 Mercedes-Benz C-Class, VIN WDDWF4KBXJR387884 (the "Vehicle"), and (b) compelling the Creditor to return the Vehicle, together with the Plaintiff's personal belongings inside it, to the Plaintiff at 71 Sawyer Avenue, Mount Holly, NJ 08060, at the Creditor's expense.

2.      Pending the hearing on this Order, the Creditor and its officers, agents, servants, employees, attorneys, auction agents, and all persons in active concert or participation with any of them, are temporarily restrained from selling, offering for sale, auctioning, titling, encumbering, damaging, or further moving the Vehicle, except to return it to the Plaintiff.

3.      The Plaintiff shall serve a copy of this Order, together with the Verified

Complaint, summons, and all supporting papers, upon the Creditor by overnight courier

within one day after the entry of this Order.

4.      The Creditor's objection, if any, shall be filed and served on or before

_____August 3__, 2026.

5.      No security is required under Fed. R. Bankr. P. 7065.

6.      If the Creditor does not file an objection, the Order will be decided on the

papers after the return date and the relief above may be granted by default, provided

that proper grounds exist and the Plaintiff files a proof of service and proposed form of

order.

###