By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| In re: Tamara Arteal Murray, | Case No.: 26-18242-EJO |
| *Debtor.* | Adv. No.: 26-01342-EJO |
| Tamara Arteal Murray, | Chapter: 13 |
| *Plaintiff,* | Judge: O'Hagan |
| v. | |
| Santander Consumer USA Inc., | |
| *Defendant.* | |

**Certification of Service**

1.    I, Michael I. Assad, represent Tamara Arteal Murray, the plaintiff in this matter.

2.    On July 24, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Verified Complaint for Turnover and Damages for Willful Violation of the Automatic Stay Directed to Santander Consumer USA Inc. (ECF No. 1)

- Order to Show Cause Why a Preliminary Injunction Should Not Issue Compelling Santander Consumer USA Inc. to Turn Over the Plaintiff's 2018 Mercedes-Benz C-Class, VIN WDDWF4KBXJR387884, with Temporary Restraints Prohibiting its Sale, Transfer, or Movement Pending the Hearing (ECF No. 3)

3.    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 24, 2026           /s/ Michael I. Assad
                              Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>Santander Consumer USA Inc.<br>1601 Elm St Ste 800<br>Dallas, TX 75201-7260 | Defendant | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Other UPS Next Day Air #1Z209GD61300016010<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |