By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Plaintiff*

# United States Bankruptcy Court
# District of New Jersey

| | |
|---|---|
| In re: Tamara Arteal Murray, | Case No.:     26-18242-EJO |
| *Debtor*. | Adv. No.:     26-01342-EJO |
| Tamara Arteal Murray, | Chapter:     13 |
| *Plaintiff*, | Judge:     O'Hagan |
| v. | |
| Santander Consumer USA Inc., | |
| *Defendant*. | |

**Notice of Dismissal**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Tamara Arteal Murray hereby gives notice that the above captioned action is voluntarily dismissed as to Defendant Santander Consumer Inc., without prejudice.

Date: August 13, 2026

/s/ Michael I. Assad
Michael I. Assad